## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-962M (NJ) | 07/17/2026 12:09 PM | USPS Priority Mail Parcel 9205 5903 2790 8753 2022 82 |

Inventory made in the presence of :

Postal Inspectors Erik Meidlinger and Colton Dutrow

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure warrant 26-962M (NJ): USPS Priority Mail Parcel 9205 5903 2790 8753 2022 82 was opened and located inside was a black bubble mailer envelope containing a clear plastic bag which contained approximately 51 blue circular pills which had a "M" pressed on one side and a "30" pressed on the opposite side. The total approximate weight for the blue pills was 11 grams.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/31/2026

Erik Meidlinger

*Executing officer's signature*

Erik Meidlinger, United States Postal Inspector

*Printed name and title*


UNITED STATES POSTAL SERVICE
PRIORITY MAIL
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
USPS APIs
PRIORITY MAIL
UNITED STATES DISTRICT COURT


UNITED STATES POSTAL SERVICE
PRIORITY MAIL
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE
UNITED STATES DISTRICT COURT


UNITED STATES POSTAL SERVICE®
PRIORITY MAIL®
Expected delivery date specified for domestic use.
Domestic shipments include $100 of insurance (restrictions apply).*
USPS Tracking® service included for domestic and many international destinations.
Limited international insurance.**
When used internationally, a customs declaration form is required.
*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
UNITED STATES POSTAL SERVICE
USPS APIs
P
U.S. POSTAGE PAID
PRIORITY MAIL®
LAURA SHIPP
554 STOWE AVE
ORANGE PARK FL 32073
RDC 03
BILL STILL
PO BOX 435
BURLINGTON WI 53105
USPS TRACKING # USPS Ship








PRIORITY MAIL®
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
TRACKED ■ INSURED
USPS APIs
PRIORITY MAIL®








§ 2705 (except for delay of
property, will be searched




30


11
g
0%
100%
CBK 70a
Max 70lb/32kg d= 0.002lb/1g
LO
OK
HI
Charging
ADAM
1
2
3
4
5
6
7
8
9
0
CE
High Limit
Low Limit
Unit
Func
Count
Print